J. David TUFTS, III; Estate of James D. Tufts, II; Plaintiffs–Appellants,

Albert B. Crutcher; Linda Tufts Hebbler, Plaintiffs,

v.

The CORPORATION OF LLOYD'S, a/k/a The Society and Council of Lloyd's, d/b/a Lloyd's of London, Defendants–Appellees.

No. 215, Docket 96–9262.

United States Court of Appeals, Second Circuit.

Argued Oct. 22, 1997.

Decided Nov. 10, 1997.

Steven B. Feigenbaum, Levi & Lubarsky, New York City (Laura Gilbert, of counsel) for Plaintiffs–Appellants.

* The Honorable Milton Pollack, of the United States District Court for the Southern District of

Molly S. Boast, LeBoeuf, Lamb, Greene & MacRae, L.L.P., New York City (Stephen H. Orel, Taylor R. Briggs, of counsel) for Defendants–Appellees.

Before: WINTER, Chief Judge, MESKILL, Circuit Judge, and POLLACK, District Judge.*

PER CURIAM:

J. David Tufts III and the Estate of James D. Tufts II appeal from Judge Keenan's dismissal of their Rule 60(b) action for relief from the judgment in *Roby v. Corporation of Lloyd's,* 824 F.Supp. 336 (S.D.N.Y.1992), *aff'd,* 996 F.2d 1353 (2d Cir.1993). We affirm for substantially the reasons stated by the district court. *See Tufts v. Corporation of Lloyd's,* 1996 WL 533639 (S.D.N.Y. Sept. 19, 1996).

READING & BATES CORPORATION; Reading & Bates Drilling Co., Petitioners–Appellees,

v.

ALL AMERICAN MARINE SLIP, a division of Marine Office of America Corporation, Respondent–Appellant.

No. 453, Docket 97–7243.

United States Court of Appeals, Second Circuit.

Argued Oct. 21, 1997.

Decided Nov. 10, 1997.

John A.V. Nicoletti, Nicoletti Hornig & Sweeney, New York City (Julia M. Moore, of counsel), for Respondent–Appellant.

New York, sitting by designation.

Donald J. Kennedy, Carter, Ledyard & Milburn, New York City, for Petitioners–Appellees.

Before: WINTER, Chief Judge, MESKILL, Circuit Judge, and MARTIN, District Judge.*

PER CURIAM:

All American Marine Slip ("AAMS") appeals from Judge Baer's decision awarding appellees, *inter alia*, prejudgment interest on their claim for damages under a marine-loss insurance policy issued by AAMS. We affirm for substantially the reasons stated in the district court's opinion. *Reading & Bates Corp. v. All American Marine Slip*, 953 F.Supp. 92 (S.D.N.Y.1997).